IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ELIJAH MISSIMER, | § | |
| | § | No. 250, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2012007225 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: September 5, 2025
Decided: September 15, 2025

## <u>ORDER</u>

On August 6, 2025, the Senior Court Clerk sent a notice of brief delinquency to the appellant, Elijah Missimer, because he had not filed an opening brief by the July 31, 2025 deadline set by the Court. On August 18, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, to Missimer directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief.[1] Missimer received the notice, as evidenced by the return receipt filed with the Court on August 25, 2025. A timely response to the notice was due on or before September 4, 2025. To date, Missimer has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] Missimer also failed to pay the Supreme Court filing fee or file a motion and affidavit to proceed *in forma pauperis*.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice